AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>RELAY GROUP LTD. d/b/a<br>NAMETRUST<br><br><br><br>*Plaintiff(s)*<br><br>v.<br><br>FEWMORETAPS OÜ d/b/a<br>TRUST NAME.,<br>KIRYL NESTSIAROVICH<br><br>*Defendant(s)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.    0:26-cv-62075-MD</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* FEWMORETAPS OÜ d/b/a TRUST NAME
13 Roseni, Tallinn, 10111 Estonia.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jessica Getz, Esq.
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy. Suite 202
Boca Raton, FL 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____07/29/2026_____

s/ B. Chin

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| RELAY GROUP LTD. d/b/a NAMETRUST<br><br>*Plaintiff(s)*<br><br>v.<br><br>FEWMORETAPS OÜ d/b/a TRUST NAME.,<br>KIRYL NESTSIAROVICH<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   0:26-cv-62075-MD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KIRYL NESTSIAROVICH
13 Roseni, Tallinn, 10111 Estonia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jessica Getz, Esq.
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy. Suite 202
Boca Raton, FL 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  07/29/2026

Angela E. Noble
Clerk of Court

*s/ B. Chin*

Deputy Clerk
U.S. District Courts